[No. 1262-1.    Division One—Panel 2.    March 19, 1973.]

AMERICAN EMPIRE INSURANCE COMPANY, *Appellant,* v. LLOYD E. VAN HOY *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 727803, Lloyd Shorett, J., entered June 14, 1971. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, A.C.J., and Horowitz, J.

[No. 1314-1.    Division One—Panel 2.    March 19, 1973.]

ALVIN H. ANDERSON, *Appellant,* v. THE DEPARTMENT OF MOTOR VEHICLES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 724102, F. A. Walterskirchen, J., entered October 6, 1971. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, A.C.J., and Horowitz, J.

[No. 1473-1.    Division One—Panel 1.    March 19, 1973.]

LEWIS A. WILLIAMS, *Respondent,* v. ROBERT ANTRIM *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 726737, Frank Howard, J., entered November 19, 1971. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and James, JJ.

[No. 1536-1.    Division One—Panel 1.    March 19, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT DALE METZGER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 7810, Bert C. Kale, J., entered February 11, 1972. *Dismissed* by unpublished per curiam opinion.